1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JUAN ALVAREZ-CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 10-00909 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| JUAN ALVAREZ-CARDENAS, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties, Juan Alvarez-Cardenas and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the status hearing date currently set for June 9, 2011, be vacated and continued to June 30, 2011, at 9:00 a.m.

Counsel for Mr. Alvarez-Cardenas respectfully ask that the Court continue the June 9, 2011, status hearing date to grant the defense additional time to complete its investigation and research, and allow the parties to continue their settlement discussions.

The parties further agree and stipulate that time should be excluded from June 9, 2011, through and including June 30, 2011, to provide defense counsel further time to effectively prepare, for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code,

Section 3161(h). Accordingly, Mr. Juan Alvarez-Cardenas and the government agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: May 24, 2011

                                                     _____/s/_____
                                                     VARELL L. FULLER
                                                     Assistant Federal Public Defender

Dated: May 24, 2011              _____/s/_____
                                                   SUZANNE M. DEBERRY
                                                   Special Assistant United States Attorney

//
//
//
//
//

## [~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for June 9, 2011, shall be continued to Thursday, June 30, 2011, at 9:00 a.m., and 21 days are excluded from computation under the Speedy Trial Act.

THE COURT FINDS that failing to exclude the time between June 9, 2011, and June 30, 2011, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between June 9, 2011, and June 30, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: 6/8 , 2011                  _____
                                              THE HONORABLE JEREMY FOGEL
                                              United States District Judge